

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00467-CR

_____

EDWARD LEE MILLER A/K/A EDWARD MALONE, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1546174R

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

In accordance with a plea bargain between the State and Edward Lee Miller, also known as Edward Malone, the trial court convicted Miller of aggravated assault with a deadly weapon and imposed a sentence confining him for five years. Miller filed a pro se notice of appeal. The trial court initially signed an inaccurate certification that did not indicate Miller had entered into a plea bargain but eventually signed an amended certification stating that Miller had entered into a plea bargain and had "NO right of appeal."

We notified Miller and his attorney of the trial court's amended certification and informed Miller that unless he filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. 25.2(d), 44.3. Miller's attorney filed a motion to withdraw.

Although Miller filed a pro se response, the response does not show grounds for continuing the appeal. Specifically, appellant waived any pretrial motions as part of his plea bargain agreement. *See Hall v. State*, Nos. 02-17-00311–314-CR, 2017 WL 6615888, at *1 (Tex. App.—Fort Worth Dec. 21, 2017, no pet.) (mem. op., not designated for publication). Therefore, in accordance with the trial court's amended certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We deny counsel's motion to withdraw. *See* Tex. R. App. P. 6.5(a)(4), 48.4; *Ex parte Wilson*, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997) (requiring appointed

2

counsel to inform an appellant of the right to file a petition for discretionary review).

We also deny Miller's pro se motions as moot.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 14, 2019